In the Matter of GERALD E. LOEHR et al., Respondents, v ADMINISTRATIVE BOARD OF THE COURTS OF THE STATE OF NEW YORK, Appellant.

Submitted September 28, 2015; decided November 24, 2015

Motion for leave to appeal denied upon the ground that an appeal lies as of right (*see* CPLR 5601 [b] [1]).

Chief Judge LIPPMAN taking no part.